UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 18-1904-JGB (KS)                                          Date: January 14, 2019

Title   *Charleston Edward Dacoff v. Kirsten Nielsen et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER AMENDING DKT. NO. 30 AND DENYING MOTION FOR RECONSIDERATION**

   IT IS HEREBY ORDERED that the Court's January 4, 2019 Order (Dkt. No. 30) is amended to read as follows: "The Court hereby ORDERS that due to the lapse in appropriations to the Department of Justice, the entire case is stayed until February 3, 2019 or until the Department of Justice attorneys are permitted to resume their usual civil litigation functions, whichever is earlier."

   IT IS FURTHER ORDERED that Petitioner's Motion for Reconsideration (Dkt. No. 31) is denied without prejudice.

   **IT IS SO ORDERED**.

                                                                                             :
                                                            **Initials of Preparer**   gr